IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES A. TREECE, )
)
    Plaintiff, )
)
v. ) 1:14CV1077
)
CAROLYN W. COLVIN, )
Acting Commissioner of )
Social Security, )
)
    Defendant. )

**ORDER**

On January 19, 2016, the Memorandum Opinion and Recommendation of the United States Magistrate Judge ("Recommendation") was filed with this Court in accordance with 28 U.S.C. § 636(b) and, on the same day, was served on the parties in this action. [Docs. #21, 22.] Plaintiff Charles A. Treece ("Treece") filed timely Objections to the Recommendation to which Defendant Carolyn W. Colvin ("Commissioner") responded. [Docs. #23, 25.]

This Court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a *de novo* determination in accord with the Recommendation. This Court, therefore, adopts the Memorandum Opinion and Recommendation of the United States Magistrate Judge in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's Motion for First

Extension of Time [Doc. # 14] is **DENIED AS MOOT**, that Mr. Treece's Motions for Default Judgment [Docs. # 11, 12, 15] are **DENIED**, and that the Commissioner's Motion for Judgment on the Pleadings [Doc. # 18] is **GRANTED**. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of March, 2016.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge